# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

I hereby certify that this instrument is a true and correct copy of the electronically filed original.
Attest: Christian M. Capece
U.S. District Court
Northern District of Ohio

By: ______________________
Courtroom Deputy

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
the server/account at IP 23.227.38.74 and associated with S4TKBXAU.MYSHOPIFY.COM maintained by Shopify Inc.

Case No. 3:26MJ5278

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Northern District of Ohio be seized as being subject to forfeiture to the United States of America. The property is described as follows:

See, Attachment A-9: Property to be Seized.

I am satisfied that a protective order may not be sufficient to assure the availability of the property for forfeiture.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before 06/24/2026 *(not to exceed 14 days)*

☐ in the daytime – 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge Darrell A. Clay *(name)*.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: June 10, 2026 / 2:33 p.m.

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 3:26MJ5278 | Date and time warrant executed: 6/11/2026 5:00 PM | Copy of warrant and inventory left with: Shopify Inc. |
|---|---|---|
| Inventory made in the presence of: Shopify Inc. | | |

Inventory of the property taken:

- Subscriber information on target Shopify account/server.

FILED
2:59 pm Sep 21 2026
Clerk U.S. District Court
Northern District of Ohio
Toledo

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/9/2026

[signature]
*Executing officer's signature*

Jordan F. Slavik, FBI Special Agent
*Printed name and title*